# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00408-CV

### In re David D. Gonzalez, as an Individual and as Trustee, and Gonzalez Financial Holdings, Inc.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and relator's motion for emergency temporary relief are denied. *See* Tex. R. App. P. 52.8(a), 52.10.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed: June 20, 2018